# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LYNDA MACEDA,

    Plaintiff,

v.                                                                                    Case No: 5:18-cv-452-Oc-30PRL

CHARTER COMMUNICATIONS, INC.
and BRIGHT HOUSE NETWORKS,
LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 25). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions, if any, are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of January, 2019.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record